# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Anthony F., by and through his
next friends,
Edward F. and Lisa F.

v.

School Committee of the
City of Medford

**SUMMONS IN A CIVIL CASE**

**CASE NUMBER:** 04 10610 RWZ

**TO:** (Name and address of Defendant)

Mayor Michael McGlynn, Chairman
School Committee, City of Medford
Medford City Hall
85 George P. Hassett Drive
Medford, MA 02155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Geary
Geary & Associates
161 Summer Street
Kingston, MA 02364

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAR 29 2004

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE April 22, 2004 |
|---|---|
| NAME OF SERVER  RAVI PAHUJA | TITLE Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:_____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to **Ms. Mary Merrill, Secretary and**
Duly Authorized Agent for the within-named **Mayor Michael McGlynn, Chairman, School Committee, City of Medford.**

Said service was made at:
**85 George P. Hassett Drive, Medford**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 29.00 | TOTAL $ 29.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____April 22, 2004_____      _____/s/ Ravi Pahuja_____
                  Date                          Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE_____ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |
| | | | $_____.00 |

**DUE & DILIGENT SEARCH:**  $_____.00    No service was made    TOTAL  $_____.00
because when constable arrived at said address he discovered said address to be

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| Suvalle, Jodrey & Associates  Massachusetts Constables since 1925 | One Devonshire Place  Boston, MA 02109 | Telephone # (617) 720-5733  Fax # (617) 720-5737 |
|---|---|---|