# GEARY & ASSOCIATES

Attorneys At Law
161 Summer Street
Kingston, MA 02364
Telephone: (781) 585-0008
Facsimile: (781) 585-0332

John J. Geary*
Daniel B. Walsh
Janine M. Simonian

Maureen K. Flaherty (of counsel)

\* Also Admitted in Rhode Island and Connecticut

8/18/04

VIA FIRST CLASS MAIL & FACSIMILE

August 18, 2004

Judge Rya W. Zobel
United States District Court
District of Massachussetts
1 Courthouse Way, Suite 6110
Boston, MA 02210

RE:  Anthony F., vs. School Committee of the City of Medford
Case Number: 04-CV-10610

Dear Judge Zobel:

At the status conference held on July 14, 2004 you asked to receive a status letter regarding discussions relative to a settlement of this case.

Attorney Mary Gallant, on behalf of the City of Medford, provided me with information regarding Medford's assertion of an affirmative defense regarding the statute of limitations. I have reviewed that matter and I am engaged in discussions with the plaintiffs regarding that material.

I expect that I shall have a definitive position to discuss with Attorney Gallant next week. I ask for the court's indulgence in allowing the plaintiffs one more week to provide a status letter with additional information to the court. I have discussed the one week extension with Attorney Gallant, who has assented.

Thank you for your attention to this matter.

Very truly yours,

Daniel B. Walsh

DBW/nbn
cc: Attorney Gallant