UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10610-RWZ

Anthony F., by and through his next )
friends, Edward F. and Lisa F., )
    Plaintiffs, )
v. )
 )
School Committee of the City of Medford, )
    Defendant. )

## ASSENTED-TO MOTION TO EXTEND THE DEADLINES RELATED TO THE MOTION FOR SUMMARY JUDGMENT

Defendant School Committee of the City of Medford (hereinafter "Medford") and Plaintiffs Anthony F., by and through his next friends, Edward F. and Lisa F., (hereinafter the "Parents") hereby move this Court to extend the deadlines for filing the motion for summary judgment, opposition to the motion for summary judgment and reply by fourteen (14) days. Currently, the deadline for Medford to file its Motion for Summary Judgment with this Court is September 30, 2004. Due to counsel's limited availability because other matters are being called to trial, the extension of fourteen (14) days was requested by Medford, and graciously agreed to by the Plaintiffs. The new deadline for the submission of Medford's motion for summary judgment, if the instant motion is allowed, will be October 14, 2004. No harm or prejudice will inure to either party by this brief extension as the merits of the case deals strictly with the

Parents' claims for attorney's fees and does not in any way affect the student's receipt of educational programming.

                                          Respectfully submitted,

                                          SCHOOL COMMITTEE FOR THE CITY
                                          OF MEDFORD,

                                          By its attorney,

                                          _____
                                          Mary L. Gallant (BBO # 554721)
                                          MURPHY, HESSE, TOOMEY & LEHANE
                                          300 Crown Colony Drive
                                          Quincy, MA 02269
                                          (617) 479-5000

Dated: September 28, 2004


ASSENTED TO,

ANTHONY F., by and through his next friends,
EDWARD F., and LISA F.,

By their attorney,


_____
Daniel B. Walsh
GEARY and ASSOCIATES
161 Summer Street
Kingston, MA 02364

2

## CERTIFICATE OF SERVICE

I, Mary L. Gallant, certify that I have this day forwarded a copy of the foregoing Assented-to Motion, by first-class mail, postage prepaid, and by facsimile transmission, to Daniel B. Walsh, Esquire, Geary & Associates, 161 Summer Street, Kingston, MA 02364 on this the twenty-eighth day of September 2004.

*Mary L. Gallant*
Mary L. Gallant