UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-1061-RWZ

Anthony F., by and through his next )
Friends, Edward F. and Lisa F., )
    Plaintiffs, )
)
v. )
)
School Committee of the City of Medford, )
    Defendants )

## ASSENTED-TO MOTION TO EXTEND THE DEADLINES RELATED TO THE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

Plaintiff Anthony F., by and through his next friends, Edward F. and Lisa F. (hereinafter the "Parents") and Defendant School Committee of the City of Medford (hereinafter "Medford") hereby move this Court to extend the deadline for filing opposition to the motion for summary judgment and reply by fourteen (14) days. Currently, the deadline for the plaintiffs to file its opposition to the motion for summary judgment is November 2, 2004. Plaintiff's counsel finds that time constraints involving other matters will make it extremely difficult to prepare the opposition before the current deadline. The defendant has agreed to the extension. The new deadline for the submission of the plaintiff's opposition to the motion for Summary Judgment will be November 16, 2004. No harm of prejudice will inure to either party by this brief extension as the merits of the case deals strictly with the Parents' claims for attorney's fees and does not in any way affect the student's receipt of education programming.

Respectfully submitted,

Anthony F., by and through his next friends,
Edward F., and Lisa F.,

By their attorney,

/s/ Daniel B. Walsh

Daniel B. Walsh
B.B.O. No. 638261
Geary & Associates
161 Summer Street
Kingston, MA 02364
Tel. No. (781) 585-0008

Dated: November 1, 2004

Assented To,

School Committee for the City of Medford,

By its attorney,

/s/ Mary L. Gallant (DBW)

Mary L. Gallant
B.B.O. No. 554721
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive
Quincy, MA 02269
(617) 479-5000

## CERTIFICATE OF SERVICE

I, Daniel B. Walsh, attorney for the plaintiff, Anthony F., by and through his next friends, Edward F., and Lisa F., hereby certify that on this date, November __/, 2004, I delivered via first class mail a copy of the within ASSENTED-TO MOTION TO EXTEND THE DEADLINE RELATED TO THE OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT to the following:

Attorney Mary L. Gallant
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive
Quincy, MA 02269

_____
Daniel B. Walsh