# COMMONWEALTH OF MASSACHUSETTS

*Bureau of Special Education Appeals*

In Re: Anthony F.

&

Medford Public Schools

BSEA #03-1017

## ORDER TO SHOW CAUSE

Either because: (1) the parties have advised the Bureau that the above-noted case has been resolved; or (2) the case is currently inactive, this case will be dismissed unless a party indicates in writing, within thirty (30) days from the date of this Order, good cause why the case should not be dismissed.

By the Hearing Officer,

_____
*[signature]*

_____2/3/2003_____
Date

### INFORMATION REGARDING AN ORDER TO SHOW CAUSE

1. When a Hearing Officer determines that a case has been inactive, the Hearing Officer may issue the above Show Cause Order.
2. Any response to the Order must be in writing and sent to the opposing party. If the party who requested the Hearing does not respond in writing within the thirty (30) days, the case will be dismissed. If the party who requested the Hearing does respond in writing with the thirty (30) days, then the written response must indicate reasons why the case should remain active. Upon receipt of such a written response, the Hearing Officer may decide to: keep the case open; dismiss the case; or take whatever other actions deemed appropriate.
3. If the case has been resolved through a settlement or other agreement, the party who requested the hearing must file a letter indicating that the case has been resolved within the thirty (30) days.