COMMONWEALTH OF MASSACHUSETTS
SPECIAL EDUCATION APPEALS

In Re: Anthony F. v.                                         BSEA # 03-1017
Medford Public Schools District

RULING

On or about March 1, 2003 the Parents in the above referenced matter filed a Response to the Order to Show Cause issued on February 3, 2003, requesting that the matter remain open because the issues alleged in the Parents original complaint had not been resolved. To date, Medford Public Schools did not submit a written response. Therefore, the Medford is **ORDERED** to convene the Team to assure that the IEP correctly reflects the services and manner in which these services will be offered to the Student. If a one time, specific number of sessions is called for in the IEP, then the IEP should reflect the same.

The Parties are further **ORDERED** to submit a written status report by the close of business on **April 30, 2003**. Should the Parties reach a settlement agreement, the moving party must file a written withdrawal of the proceeding.

So Ordered by the Hearing Officer,

_Rosa I. Figueroa_
Dated: April 16, 2003