UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10610 RWZ

ANTHONY F., )
BY AND THROUGH HIS NEXT FRIENDS, )
EDWARD F., AND LISA F., )
PLAINTIFFS )
)
v. )
)
SCHOOL COMMITTEE OF THE CITY OF MEDFORD, )
DEFENDANT )

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff Anthony F., by and through his next friends, Edward F., and Lisa F., hereby moves that this Honorable Court deny defendant School Committee of the City of Medford's Motion to Dismiss and/or Motion for Summary Judgment. As reasons therefor, summary judgment is inappropriate for all issues presented by the defendant because, as outlined in Plaintiff's Memorandum of Law, defendant's arguments are not in accordance with statutory or defined case law regarding the issues presented.

In further support, the plaintiff, refers this Honorable Court to his Memorandum of Law in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss and/or Motion for

Summary Judgment, Affidavit of Lisa Falanga and Affidavit of Attorney Daniel B. Walsh, attached hereto.

                                          Respectfully Submitted,
Anthony F., By and through
His Next Friend, Lisa F. and Edward F.,
By their Attorney,

_____
John J. Geary
B.B.O. No. 553879
Geary & Associates
161 Summer Street
Kingston, MA  02364
(781) 585-0008

Dated:  November 19, 2004

## CERTIFICATE OF SERVICE

I, John J. Geary, attorney for the plaintiff, Anthony F., by and through his next friends, Edward F., and Lisa F., hereby certify that on this date, November 19th, 2004, I delivered, via facsimile transmission and first class mail, *Plaintiff's Motion in Opposition to Defendant's Motion to Dismiss and/or Motion for Summary Judgment* to the following:

Attorney Mary L. Gallant
Murphy, Hesse, Toomey & Lehane
300 Crown Colony Drive
Quincy, MA 02269

_____
John J. Geary