## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANTHONY F., by and through his next friends, EDWARD F. and LISA F., LINDA S. AND DEANE S.,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL COMMITTEE of the CITY of MEDFORD,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-10610-RWZ |

### NOTICE OF APPEAL

Notice is hereby given that the School Committee of the City of Medford ("Medford"),

the defendant in the above-referenced case, hereby appeals to the United States Court of Appeals

for the First Circuit from that portion of the Memorandum of Decision dated April 22, 2005,

which denies Medford's motion to dismiss the plaintiff's claim for fees related to the 2001-2002

IEP.

DATED at Quincy, Massachusetts this 20th day of May, 2005.

SCHOOL COMMITTEE of the CITY OF MEDFORD,
By its attorneys,

Regina Williams Tate
BBO # 492780
Doris R. MacKenzie Ehrens
BBO #544252
Mary L. Gallant
BBO # 554721
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126
(617) 479-5000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on this 20th day of May, 2005, caused a copy of the foregoing to be served upon counsel for the plaintiffs, John L. Geary, Geary & Associates, at 161 Summer Street, Kingston, MA 02364, via first class mail, postage prepaid.

Doris R. MacKenzie Ehrens