# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10610

Anthony F.

v.

School Committee of the City of Medford

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/20/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 25, 2005.

Sarah A. Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/25/05

_Borchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10610-RWZ

| | |
|---|---|
| Anthony F., v. School Committe of the City of Medford | Date Filed: 03/29/2004 |
| Assigned to: Judge Rya W. Zobel | Jury Demand: None |
| Cause: 20:1415 Rights to Special Educational Services | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

### Plaintiff

**Anthony F.,**
*By And Through His Next Friends Edward F. and Lisa F.*

represented by **Daniel B. Walsh**
Geary & Associates
161 Summer Street
Kingston, MA 02364
781-585-0008
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Geary**
Geary & Associates
161 Summer Street
Kingston, MA 02364
781-585-0008
Fax: 781-585-0332
Email: toplaw@tiac.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

| | |
|---|---|
| **School Committe of the City of Medford** | represented by **Doris R. MacKenzie Ehrens**<br>Murphy, Hesse, Toomey, and Lehane<br>Suite 410<br>300 Crown Colony Drive<br>P.O. Box 9126<br>Quincy, MA 02269-9126<br>617-479-5000<br>Fax: 617-479-6469<br>Email: drmackehrens@mhtl.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mary L. Gallant**<br>Murphy, Hesse, Toomey, and Lehane<br>300 Crown Colony Drive<br>Suite 410<br>P.O. Box 9126<br>Quincy, MA 02269-9126<br>617-479-5000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/29/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 54885, filed by Anthony F.,.(Johnson, Jay) (Entered: 03/30/2004) |
| 03/29/2004 | | Summons Issued as to School Committee of the City of Medford. (Johnson, Jay) (Entered: 03/30/2004) |
| | | |

| | | |
|---|---|---|
| 03/29/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Johnson, Jay) (Entered: 03/30/2004) |
| 04/30/2004 | 2 | SUMMONS Returned Executed School Committe of the City of Medford served on 4/22/2004, answer due 5/12/2004. (Flaherty, Elaine) (Entered: 05/05/2004) |
| 06/07/2004 | 3 | ANSWER to Complaint by School Committe of the City of Medford.(Johnson, Jay) (Entered: 06/08/2004) |
| 06/09/2004 | | NOTICE of Scheduling Conference Scheduling Conference set for 7/14/2004 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 06/09/2004) |
| 07/14/2004 | | electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel : Scheduling Conference held on 7/14/2004. status report by 8/18/04; if no settlement; defendant's summary judgment motion 9/30/04; plaintiff's 10/15/04; no excessive briefs; defendant's reply 10/22/04; 5 pages; Judge will decide on the papers; (Urso, Lisa) (Entered: 07/15/2004) |
| 08/18/2004 | 4 | Letter from Daniel Walsh requesting a 1 week extention for settlement; Settlement report due 8/25/04. (Urso, Lisa) (Entered: 08/20/2004) |
| 08/27/2004 | 5 | Letter/request (non-motion) from Daniel B. Walsh regarding settlement discussions. (Johnson, Jay) (Entered: 08/31/2004) |
| 09/28/2004 | 6 | (Assented to) MOTION for Extension of Time to 10/14/04 for deadlines related to summary judgment by School Committe of the City of Medford.(Johnson, Jay) (Entered: 09/30/2004) |
| 10/18/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss and/or MOTION for Summary Judgment filed by School Committe of the City of Medford. |

| | | |
|---|---|---|
| | | (Johnson, Jay) (Entered: 10/19/2004) |
| 10/18/2004 | 9 | AFFIDAVIT of Gail Bernstein in Support re 7 MOTION to Dismiss MOTION for Summary Judgment. (Johnson, Jay) (Entered: 10/19/2004) |
| 10/19/2004 | 7 | MOTION to Dismiss,and/or MOTION for Summary Judgment by School Committe of the City of Medford. (Johnson, Jay) (Entered: 10/19/2004) |
| 11/01/2004 | 10 | (Assented to) MOTION for Extension of Time to 11/16/04 to File Opposition to Summary Judgment by Anthony F.,.(Johnson, Jay) (Entered: 11/03/2004) |
| 11/02/2004 | | Judge Rya W. Zobel : electronic ORDER entered granting 6 Motion for Extension of Time (Urso, Lisa) (Entered: 11/02/2004) |
| 11/16/2004 | 11 | MEMORANDUM in Opposition re 7 MOTION to Dismiss MOTION for Summary Judgment filed by Anthony F.,. (Johnson, Jay) (Entered: 11/17/2004) |
| 11/16/2004 | 12 | AFFIDAVIT of Daniel B. Walsh in Support re 11 Memorandum in Opposition to Motion. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Johnson, Jay) (Entered: 11/17/2004) |
| 11/16/2004 | 13 | AFFIDAVIT of Lisa Falanga in Support re 11 Memorandum in Opposition to Motion. (Johnson, Jay) (Entered: 11/17/2004) |
| 11/19/2004 | 14 | Opposition re 7 MOTION to Dismiss MOTION for Summary Judgment filed by Anthony F.,. (Urso, Lisa) (Entered: 11/19/2004) |
| 11/22/2004 | 15 | Opposition re 7 MOTION to Dismiss MOTION for Summary Judgment filed by Anthony F.,. (Johnson, Jay) (Entered: 11/29/2004) |
| 04/22/2005 | 16 | Judge Rya W. Zobel : Memorandum of DecisionORDER entered denying 7 Motion to Dismiss, as to plaintiff's claim of fees related to 2001- |

| | | |
|---|---|---|
| | | 2002 IEP; granting 7 Motion for Summary Judgment as to plaintiff's claim for fees related to 2002-2003 IEP. (Urso, Lisa) (Entered: 04/26/2005) |
| 05/20/2005 | 17 | NOTICE OF APPEAL as to 16 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Extension of Time, by School Committe of the City of Medford. $ 255, receipt number 64443 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/9/2005. (Johnson, Jay) (Entered: 05/24/2005) |
| 05/23/2005 |  | NOTICE of Hearing: Status Conference set for 6/2/2005 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/23/2005) |

# Motions Report

## United States District Court - - District of Massachusetts

### Motions Filed between 01/01/1970 - 03/02/2005

| Judge Rya W. Zobel |||
|---|---|---|
| **Case number/ Document number** | **Case and Motion information** | **Notes** |
| 1:04-cv-10610-RWZ | Anthony F., v. School Committe of the City of Medford<br>*Filed:* 03/29/2004 | *Cause:* 20:1415 Rights to Special Educational Services<br>*NOS:* 440:Civil Rights: Other<br>*Office:* Boston<br>*Presider:* Rya W. Zobel<br>*Jury demand:* None |
| 7 | MOTION to Dismiss<br>*Motion filed:* 10/19/2004<br>*Filed by:* School Committe of the City of Medford | *Response filed:* 11/16/2004<br>*Response due:* 11/02/2004 |
| 7 | MOTION for Summary Judgment<br>*Motion filed:* 10/19/2004<br>*Filed by:* School Committe of the City of Medford | *Response filed:* 11/16/2004<br>*Response due:* 11/02/2004 |
| 10 | MOTION for Extension of Time to 11/16/04 to Opposition to Summary Judgment<br>*Motion filed:* 11/01/2004<br>*Filed by:* Anthony F., | *Response due:* 11/15/2004 |

**Total Number of Motions Reported: 2**

| Motions Report Selection Criteria ||
|---|---|
| **Case number** | 04-10610 |
| **Motions referred from** | All |
| **Motions referred to** | All |
| **Filed date range** | 1/1/1970 - 3/2/2005 |
| **Include** | Pending motions |
| **Output** | Deadlines and filing dates |
| **Sort by** | Case number |