# MANDATE

04-10610
USDC/MA
Judge Zobel

# United States Court of Appeals
## For the First Circuit

No. 05-1782

ANTHONY F., by and through his next friends, Edward F. and Lisa F.

Plaintiff - Appellee

v.

SCHOOL COMMITTEE OF THE CITY OF MEDFORD

Defendant - Appellant

### JUDGMENT

**Entered: August 15, 2005**

Upon consideration of joint motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_(signed)_
Deputy Clerk

Date: 8-15-05

By the Court:
Richard Cushing Donovan, Clerk

By  MARGARET CARTER
Chief Deputy Clerk

[cc: Daniel B. Walsh, Esq., John J. Geary, Esq., Regina W. Tate, Esq., Mary L. Gallant, Esq. and Doris R. MacKenzie Ehrens, Esq.]