UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY F., by and through his next friends, EDWARD F. and LISA F., LINDA S. AND DEANE S., <br><br> Plaintiffs, <br> v. <br><br> SCHOOL COMMITTEE of the CITY of MEDFORD, <br> Defendant. | C.A. No. 04-10610-RWZ |

## RENEWED MOTION TO AMEND ORDER
## TO ALLOW APPLICATION FOR IMMEDIATE APPEAL

Pursuant to 29 U.S.C. §1292(b), the School Committee of the City of Medford ("Medford"), hereby renews its motion (docket #19) filed June 1, 2005, asking the Court to amend that portion of the Memorandum of Decision dated April 22, 2005, which denies Medford's motion to dismiss the plaintiff's claim for fees related to the 2001-2002 IEP to provide the certification required to give the Court of Appeals jurisdiction to hear the appeal, that is, to state that the decision involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal may materially advance the ultimate termination of the litigation.

As grounds for renewing the motion, Medford states that: (1) on June 15, 2005, the C[ourt] of Appeals determined that it appeared it lacked jurisdiction to hear the appeal because of the absence of a 29 U.S.C. §1292(b) certification (a copy of the Court of Appeals' Order is attach[ed] hereto as Exhibit A and is incorporated herein by reference); (2) pursuant to the Court of Appeals' Order, the parties voluntarily agreed to dismiss the appeal *without prejudice* on Jun[e] 28, 2005; (3) the First Circuit Court of Appeals ordered that the appeal be voluntarily dismiss[ed]

# United States Court of Appeals
## For the First Circuit

N 17 2005

No. 05-1782

ANTHONY F., by and through his next friends, Edward F. and Lisa F.

Plaintiff - Appellee

v.

SCHOOL COMMITTEE OF THE CITY OF MEDFORD

Defendant - Appellant

---

### ORDER OF COURT

**Entered: June 15, 2005**

The defendant School Committee of the City of Medford filed a notice of appeal from portion of an order entered on April 26, 2005 denying defendant's motion to dismiss one of plaint claims in civil action no. 04-10610 (D. Mass.). Because the order appealed from does not ap to be a final order or an appealable interlocutory order, this court does not appear to have jurisdic to review this appeal, absent certification pursuant to Fed. R. Civ. P. 54(b). See 28 U.S.C. §§1. 1292.

Accordingly, the appellant is ordered either to move for voluntary dismissal of this ap pursuant to Fed. R. App. P. 42(b), or to show cause, in writing, filed by **June 29, 2005**, why it sh not be dismissed for lack of jurisdiction. The failure to take either action will lead to dismiss the appeal for lack of diligent prosecution. See Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By: ___LYNNE ALIX MORRISON___
Appeals Attorney

[cc: Daniel B. Walsh, Esq., John J. Geary, Esq., Regina W. Tate, Esq., Mary L. Gallant, Esq. Doris R. MacKenzie Ehrens, Esq.]