UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10610 RWZ

| | |
|---|---|
| ANTHONY F., <br> BY AND THROUGH HIS NEXT FRIENDS, <br> EDWARD F., AND LISA F., <br> PLAINTIFFS <br><br> v. <br><br> SCHOOL COMMITTEE OF THE CITY OF MEDFORD, <br> DEFENDANT | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO AMEND ORDER TO ALLOW APPLICATION FOR IMMEDIATE APPEAL

Now comes the Plaintiff, Anthony F., by and through his next friends, Edward F. and Lisa F., and hereby moves this Honorable Court not to amend that portion of its Memorandum of Decision dated April 22, 2005 which denies defendant's motion to dismiss the plaintiff's claim for fees related to the 2001-2002 IEP and, to further state that the decision involves a controlling question of law as to which there is substantial group for difference of opinion so that Medford can apply to the Court of Appeals for immediate appeal. In support thereof, please see the Plaintiff's memorandum of law filed herewith.

Respectfully Submitted,
Anthony F., By and through
His Next Friend, Lisa F. and Edward F.,
By their Attorney,

John J. Geary
B.B.O. No. 553879
Geary & Associates
161 Summer Street
Kingston, MA  02364
Tel. No.: (781) 585-0008
Dated:  September 30, 2005