# GEARY & ASSOCIATES

Attorneys At Law
161 Summer Street
Kingston, MA 02364
Telephone: (781) 585-0008
Facsimile: (781) 585-0332

John J. Geary*
Janine M. Simonian
-------------------------------------------
Gwynne Gorton Zisko (Of Counsel)

* Also Admitted in Rhode Island and Connecticut

November 29, 2005

Lisa Urso, Clerk
United States District Court for the
District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE: Anthony F., by and through his next friends, Edward F., and Lisa F.,
vs. School Committee of the City of Medford
Case No. 04-10610-RWZ

Dear Ms. Urso:

This correspondence will confirm that the report due to Judge Zobel regarding the status of settlement for the above referenced matter will be continued from December 2, 2005 until January 3, 2006.

Thank you for your attention to this matter.

Very truly yours,

John J. Geary

cc: Attorney Doris R. MacKenzie Ehrens