UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04 10610 RWZ

| | |
|---|---|
| ANTHONY F., <br> BY AND THROUGH HIS NEXT FRIENDS, <br> EDWARD F., AND LISA F., <br>     PLAINTIFFS <br> <br> v. <br> <br> SCHOOL COMMITTEE OF THE CITY OF MEDFORD, <br>     DEFENDANT | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw my appearance as attorney for the Plaintiff, Anthony F., in the above-entitled matter as I am no longer with the firm Geary & Associates. Attorney John J. Geary will remain as attorney of record.

                                                                        Respectfully Submitted,
                                                                        Anthony F., By and through
                                                                        His Next Friend, Lisa F. and Edward F.,
                                                                        By their Attorney,

_/s/ Daniel B. Walsh_
Daniel B. Walsh
B.B.O. No. 638261
Law Office of Daniel B. Walsh
18 Main Street Extension, Suite 304
Plymouth, MA 02360
Tel. No. (508) 732-0032

Dated: July, 26, 2006

## CERTIFICATE OF SERVICE

I, Daniel B. Walsh, attorney for the plaintiff, Anthony F., hereby certify that on this date, July 26, 2006, I mailed, first class, postage prepaid, a copy of the within Notice of Withdrawal of Appearance to the following:

Attorney Doris R. MacKenzie Ehrens
Murphy, Hesse, Toomey & Lehane, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126

_Daniel B Walsh /mr_
Daniel B. Walsh