UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ANTHONY F.
            Plaintiff

        V.

                                    CIVIL ACTION:04CV10610-RWZ

SCHOOL COMMITTEE OF THE CITY OF
MEDFORD
            Defendant


ORDER OF DISMISSAL

ZOBEL, D.J.                                SEPTEMBER 18, 2006


        The Court having been advised by counsel for the parties that the above action has been

settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to

the right, upon good cause shown within 45 days, to reopen the action if settlement is not

consummated.


                            By the Court,


                            s/ Lisa A. Urso
                            Deputy Clerk

30day.ord