UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANTHONY F., by and through his next friends, EDWARD F. and LISA F., ) ) ) ) Plaintiffs, ) v. ) ) SCHOOL COMMITTEE of the CITY of MEDFORD, ) ) ) Defendant. ) | C.A. No. 04-10610-RWZ |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties hereto stipulate that this action may be dismissed with prejudice, each party to bear its own costs.

DATED this 5th day of October, 2006.

Paintiffs,
ANTHONY F., by and through
his next friends, EDWARD F. and
LISA F.,
By their attorney,

_____
John J. Geary
BBO#553879
GEARY & ASSOCIATES
161 Summer Street
Kingston, MA 02364
(781) 585-0008

Defendant,
SCHOOL COMMITTEE of the City of
MEDFORD

By its attorney,

_____
Doris R. MacKenzie Ehrens
BBO #544252
MURPHY, HESSE, TOOMEY &
LEHANE, LLP
300 Crown Colony Drive, Suite 410
Quincy, MA 02269-9126
(617) 479-5000